JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RICHARD COOK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 14-1429 RNB<br><br>**J U D G M E N T** |

　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: July 10, 2015

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE